UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

MAHNAZ SHAHIDI-ASL                          )
10628 Senda Acuario                         )
San Diego, CA 92130                         )
CIS File No. A97 634 145                    )
                                            )
            Plaintiff,                      )
                                            )          Civ. No.
v.                                          )
                                            )
EMILIO T. GONZALEZ, Director                )
U.S. Citizenship and Immigration Services   )
20 Massachusetts Avenue, N.W.               )
Washington, DC 20529                        )
                                            )
MICHAEL CHERTOFF, Secretary                 )
U.S. Department of Homeland Security        )
425 Murray Drive, Building 410              )
Washington, DC 20528                        )
                                            )
ROBERT S. MUELLER, Director                 )
Federal Bureau of Investigation             )
J. Edgar Hoover Building                     )
935 Pennsylvania Avenue, N.W.               )
Washington, DC 20535                        )
                                            )
EVELYN UPCHURCH, Director                    )
Texas Service Center                         )
U.S. Citizenship & Immigration Services     )
4141 N. St. Augustine Road                   )
Dallas, TX 75227                            )
                                            )
            Defendants.                     )
_____)


**VERIFIED COMPLAINT FOR MANDAMUS AND
DECLARATORY JUDGMENT**

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Phone: 202-483-0053  Fax: 202-483-6801

The Plaintiff, MAHNAZ SHAHIDI-ASL, by counsel, complains of the Defendants, EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security; ROBERT S. MUELLER, Director, Federal Bureau of Investigation; and EVELYN UPCHURCH, Director, Texas Service Center, U.S. Citizenship and Immigration Services, as follows:

## I. <u>PREFATORY STATEMENT</u>

1. This is a mandamus action to compel the Defendants and those acting under them to take all appropriate action to adjudicate the Plaintiff's Application to Adjust Status to Lawful Permanent Resident (Form I-485) without further delay.

2. The Plaintiff properly filed her adjustment of status application with the Defendant U.S. Citizenship and Immigration Services ("CIS") on August 31, 2004.   As directed, on March 25, 2005, and again on May 8, 2006, the Plaintiff submitted her fingerprints to CIS.    The application remains within the jurisdiction of the Defendants, who have improperly withheld action on the application for an unreasonable period of time to the detriment of the Plaintiff.

## II. <u>JURISDICTION</u>

3. This is a civil action brought pursuant to 28 U.S.C. §1361 ("The district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff").  Jurisdiction is further conferred by 8 U.S.C. §1329 (jurisdiction of the district courts) and 28 U.S.C. §1331 (federal subject matter jurisdiction).

4.  Jurisdiction is also conferred pursuant to 5 U.S.C. §555(b) and §702 (the Administrative

    Procedure Act).  The APA requires CIS to carry out its duties within a reasonable time.  5

    U.S.C. §555(b) provides that "[w]ith due regard for the convenience and necessity of the

    parties or their representatives and *within a reasonable time*, each agency *shall* proceed to

    conclude a matter presented to it."   (Emphasis added).   CIS is subject to 5 U.S.C.

    §555(b).

5.  Section 242 of the Immigration and Nationality Act ("INA"), 8 U.S.C. §1252, does not

    deprive this Court of jurisdiction.  INA §242(a)(5) provides that "a petition for review

    filed with an appropriate court of appeals in accordance with this section, shall be the sole

    and exclusive means for judicial review of an order of removal entered or issued under

    any provision of this Act[.]"  As the present action is not an action to review a removal

    order, but simply an action to compel CIS to adjudicate an unreasonably delayed

    application, this Court retains original mandamus jurisdiction under 28 U.S.C. §1361.

6.  Both the regulations and the INA provide numerous examples of duties owed by CIS in

    the adjustment of status process.  8 U.S.C. §1103 provides that "[t]he Secretary of

    Homeland Security *shall* be charged with the administration and enforcement of this Act

    and all other laws relating to the immigration and naturalization of aliens[.]"  (Emphasis

    added).  The Code of Federal Regulations provides that "[e]ach applicant for adjustment

    of status . . . *shall* be interviewed by an immigration officer."  8 C.F.R. §245.6 (emphasis

    added).   The regulations further provide that "the applicant *shall* be notified of the

    decision of the director and, if the application is denied, the reasons for the denial."  8

    C.F.R. §245.2(a)(5)(i) (emphasis added).  The language of the statute and the above-cited

regulations is mandatory, not discretionary, and the Defendants have a clear duty to adjudicate the application for adjustment of status pending before them. *See Matter of Sealed Case,* 151 F.3d 1059, 1063 (D.C. Cir. 1998); *see also First Federal Savings and Loan Association of Durham v. Baker*, 860 F.2d 135, 138 (4th Cir. 1988).

7.   Section 242(a)(2)(B) of the INA, 8 U.S.C. §1252(a)(2)(B), as amended by section 106 of the Emergency Supplemental Appropriations Act for Defense, the Global War of Terror, and Tsunami Relief, Pub. L. 109-13 (May 11, 2005) ("REAL ID Act"), eliminated the authority of the federal courts to review decisions by the government to grant or deny discretionary relief.  Specifically, INA §242(a)(2)(B)(ii) provides that "no court shall have jurisdiction to review … (ii) any other decision or action of the Attorney General or the Secretary of Homeland Security the authority for which is specified under this subchapter to be in the discretion of the Attorney General or the Secretary of Homeland Security …."  8 U.S.C. §1252(a)(2)(B)(ii).[1]  Section 1252(a)(2)(B)(ii) does not strip federal courts of jurisdiction where – as in this case – the government has a nondiscretionary duty to act on the Plaintiff's application for adjustment of status and has unreasonably failed to so act.  The Government has discretionary authority to either grant or deny the Plaintiff's adjustment of status application. However, the Government's discretion does not include authority to refuse or unreasonably delay its adjudication of a properly filed application.

---

[1] "[T]his subchapter" refers to Subchapter II of Chapter 12 of Title 8 of the U.S. Code, which includes INA §245, 8 U.S.C. §1255.

8.  As set forth below, the delay in processing the Plaintiff's properly filed application for adjustment of status is unreasonable.

### III. <u>VENUE</u>

9.  Venue is proper under 28 U.S.C. §1391(e), because this is an action against officers and agencies of the United States in their official capacities, brought in the district where a substantial part of the events or omissions giving rise to the Plaintiff's claim occurred. The Defendant Emilio T. Gonzalez is sued in his official capacity as Director of U.S. Citizenship and Immigration Services, a United States federal agency and resident in the district. The Defendant Michael Chertoff is sued in his official capacity as Secretary of the U.S. Department of Homeland Security ("DHS"), a United States federal agency and resident in the district. The Defendant Robert S. Mueller is sued in his official capacity as Director of the Federal Bureau of Investigation ("FBI"), a United States federal agency and resident in the district. The Defendant Evelyn Upchurch is sued in her official capacity as Director of the Texas Service Center, which is also a component of U.S. Citizenship and Immigration Services, a United States federal agency. Because national policy concerning adjudication of applications for immigration benefits is formulated by DHS and implemented by CIS, which are both federal agencies that are resident in this district, venue is proper in this Court.

### IV. <u>PARTIES</u>

10. The Plaintiff, Dr. Mahnaz Shahidi-Asl, resides in San Diego, California. She was born in Iran on September 1, 1963, and she is a citizen of Iran. Her alien registration number is A97 634 145.

11. The Defendants, EMILIO T. GONZALEZ, Director, CIS; MICHAEL CHERTOFF, Secretary, DHS; ROBERT S. MUELLER, Director, FBI; and EVELYN UPCHURCH, Director, CIS Texas Service Center, are charged by law with the statutory and regulatory obligation to perform background security checks and determine eligibility for adjustment of status to lawful permanent resident, pursuant to 8 U.S.C. §1103 and §1255, and 8 C.F.R. §245.2(5)(i) and §245.6. CIS received the Plaintiff's application for adjustment of status on August 31, 2004. As directed, on March 25, 2005, and again on May 8, 2006, the Plaintiff submitted her fingerprints to CIS in connection with her adjustment of status application. CIS is the agency of DHS responsible for adjudicating adjustment of status applications under the INA and has the sole authority to do so, pursuant to 8 C.F.R. §245.2(a)(1) (requiring any alien who believes she meets the eligibility requirements of section 245 of the Act to apply to the director having jurisdiction over her place of residence). The FBI is the agency responsible for completing security checks, including name and fingerprint checks, for applicants for immigration benefits including adjustment of status.

## V.  FACTS

12. The Plaintiff, Dr. Mahnaz Shahidi-Asl, was born in Iran in 1963. She married her husband, Dr. Ramin Shahla, on March 5, 1991. The Plaintiff's husband became a U.S. citizen in February 2007. The Plaintiff and her husband have two U.S. citizen children: Alexander Shahla who was born in the U.S. on April 2, 2002, and Elnaz Shahla, who was born on January 22, 1993.

13. The Plaintiff came to the United States in 2004 on an H-1B nonimmigrant employment visa, based on her expertise as a pathologist. The Plaintiff has always maintained lawful immigration status in the U.S. and has never engaged in any illicit activities. The Plaintiff has been steadily employed in this country, most recently as a hematopathologist for Genoptix Medical Lab, a world-class specialized laboratory service dedicated to partnering with community hematologists and oncologists to more effectively manage patient care. The Plaintiff has always paid her taxes and she has never been arrested, charged, or convicted of any crime.

14. The Plaintiff's husband obtained lawful permanent resident status in the U.S. on February 23, 2002, based on the approval of his immigrant visa petition as an alien of exceptional ability. *See* Exh. 1; *see also* INA §203(b)(2). Derivative status is available to family members who arrive in the U.S. after the principal beneficiary is granted status. Accordingly, the Plaintiff's adjustment of status application is based on her husband's immigrant visa petition, as she joined him in the U.S. after he received his permanent resident status.

15. On August 31, 2004, the Plaintiff filed her application to adjust status and her daughter's application to adjust status. *See* Exh. 2. CIS issued a notice confirming receipt of the Plaintiff's application on September 2, 2004. *See* Exh. 3. As directed, on March 25, 2005, and again on May 8, 2006, the Plaintiff submitted her fingerprints to CIS in connection with her adjustment of status application. *See* Exh. 4. The Plaintiff's daughter's application for adjustment of status was approved by CIS on May 11, 2006,

and she became a U.S. citizen in February 2007; however, the Plaintiff's application for adjustment of status remains pending.

16. The Plaintiff is eager to obtain lawful permanent resident status and the lengthy delay by the Defendants in adjudicating her application is of great concern to her. The Plaintiff's ability to pursue opportunities for professional advancement has been negatively impacted by the Defendant's failure to adjudicate her application within a reasonable period of time. The delay in adjudication has also interfered with the Plaintiff's travel needs.

17. On February 23, 2006, nearly 18 months after she filed her adjustment of status application, undersigned counsel made a telephonic inquiry to CIS's National Customer Service Center ("NCSC"). *See* Exh. 5. CIS advised counsel that the Plaintiff's case was pending subject to completion of security checks. *Id.*

18. On June 6, 2006, undersigned counsel made another telephonic inquiry to CIS's NCSC. *See* Exh. 5. CIS advised counsel that the Plaintiff's case was pending subject to completion of security checks. *Id.*

19. On June 15, 2006, undersigned counsel filed a written inquiry with CIS regarding the status of the Plaintiff's case. *See* Exh. 5. CIS provided no response.

20. On September 25, 2006, undersigned counsel made yet another telephonic inquiry to CIS's NCSC. *See* Exh. 6. Again, counsel was advised that the Plaintiff's case was pending subject to completion of security checks. *Id.*

21. On October 16, 2006, undersigned counsel filed another written inquiry with CIS regarding the status of the Plaintiff's case. *See* Exh. 6. CIS provided no response.

22. On March 6, 2007, the Plaintiff attended a CIS Infopass appointment to inquire about the status of her case. She was informed that background checks for her application to adjust status were still pending. The Plaintiff attended another CIS Infopass appointment on March 20, 2007, and was informed, yet again, that background checks for her case remained pending. The Plaintiff attended another CIS Infopass appointment to inquire about her case on March 30, 2007, and was informed that her application remained pending due to background checks.

23. In addition to the above-mentioned inquiries, throughout this process, the Plaintiff has made numerous telephonic status inquiries with CIS.

24. The Defendant CIS has unreasonably failed to issue a final decision on the Plaintiff's application for adjustment of status. As nearly three years have elapsed since the Plaintiff filed her adjustment of status application on August 31, 2004, the Plaintiff requests that this Court compel CIS to adjudicate her application for adjustment of status without further delay.

## VI. CAUSE OF ACTION

25. The Plaintiff is entitled to adjust her status pursuant to 8 U.S.C. §1151(a)(2).

26. The Defendants have sufficient information to determine the Plaintiff's eligibility for adjustment of status pursuant to applicable requirements. Notwithstanding, the Defendant CIS has unreasonably delayed and refused to adjudicate the Plaintiff's application to adjust status for nearly three years, thereby depriving the Plaintiff of her right to a decision on her immigration status and the peace of mind to which she and her lawful permanent resident husband are entitled.

27. The Plaintiff's career has been damaged by CIS's undue delay in adjudicating her adjustment of status application, because she has been forced to repeatedly apply (and pay) for extensions of employment authorization, all to the further detriment of the Plaintiff. *See* 8 C.F.R. §274a.12(c)(9).

28. Although the Plaintiff is highly qualified, she has been unable to advance her career and secure other employment opportunities because her lack of lawful permanent resident status makes her less appealing to prospective employers. The Plaintiff's inability to find an alternative job has restricted her both financially and professionally.

29. The Plaintiff's ability to travel out of the country has also been restricted, as she is required to apply for and obtain advance parole from CIS before traveling abroad while her immigration status remains pending.

30. The Defendant's inaction in the Plaintiff's case has caused inordinate and unfair amounts of stress, expense, and hassle for the Plaintiff, who is entitled to adjust her status without further unreasonable delay.

## VII. CLAIMS

31. The Defendant CIS has willfully and unreasonably failed to adjudicate the Plaintiff's application for adjustment of status for nearly three years, thereby depriving the Plaintiff of her rights under 8 U.S.C. §1151(a)(2). Pursuant to 5 U.S.C. §555(b) and §702 (APA), "[w]ith due regard for the convenience and necessity of the parties or their representatives and *within a reasonable time*, each agency shall proceed to conclude a matter presented to it." (Emphasis added).

32. The Defendant CIS owes the Plaintiff a duty to adjudicate her adjustment of status application, and has unreasonably failed to perform that duty. *See Matter of Sealed Case,* 151 F.3d 1059, 1063 (D.C. Cir. 1998) (holding that mandamus is an appropriate remedy whenever a party demonstrates a clear right to have an action performed by a government official who refuses to act and that no other adequate means to attain the relief exist); *see also Donovan v. United States*, 580 F.2d 1203, 1208 (3d Cir. 1978) (same).

33. This Court should grant the Plaintiff's writ of mandamus because the Plaintiff has no alternative means to obtain adjudication of her application for adjustment of status and her right to issuance of the writ is "clear and indisputable." *Allied Chemical Corp. v. Daiflon Inc.*, 449 U.S. 33, 35 (1980).

34. Both the regulations and the INA provide numerous examples of duties owed by CIS in the adjustment of status process. 8 U.S.C. §1103 provides that "[t]he Secretary of Homeland Security *shall* be charged with the administration and enforcement of this Act and all other laws relating to the immigration and naturalization of aliens[.]" (Emphasis added). The Code of Federal Regulations provides that "[e]ach applicant for adjustment of status . . . *shall* be interviewed by an immigration officer." 8 C.F.R. §245.6 (emphasis added). The regulations further provide that "the applicant *shall* be notified of the decision of the director and, if the application is denied, the reasons for the denial." 8 C.F.R. §245.2(a)(5)(i) (emphasis added). The language of the statute and the above-cited regulations is mandatory, not discretionary, and the Defendants have a clear duty to adjudicate the application for adjustment of status pending before them. *See Matter of*

*Sealed Case*, 151 F.3d 1059, 1063 (D.C. Cir. 1998); *see also First Federal Savings and Loan Association of Durham v. Baker*, 860 F.2d 135, 138 (4th Cir. 1988).

35. The Plaintiff is entitled to action on her pending adjustment of status application, because an unreasonable amount of time has passed since her application was filed on August 31, 2004. CIS has, to date, failed to make a determination on this application.

WHEREFORE, the Plaintiff prays that the Court:

1. Compel the Defendants and those acting under them to perform their duty to adjudicate the Plaintiff's adjustment of status application without further delay;

2. Grant such other and further relief as this Court deems proper under the circumstances; and

3. Grant attorney's fees and costs of Court to the Plaintiff under the Equal Access to Justice Act.

Respectfully submitted this 14th day of May 2007,

MAHNAZ SHAHIDI-ASL

*By counsel*

_____
Thomas K. Ragland
DC Bar Number: 501621

_____
Nadeen Aljijakli
DC Bar Number: 501709

MAGGIO & KATTAR
11 Dupont Circle, NW, Suite 775
Washington, DC 20036

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Phone: 202-483-0053  Fax: 202-483-6801

12

Phone:  (202) 483-0053
Fax:  (202) 483-6801


Counsel for Plaintiff

<u>VERIFICATION</u>

I, Mahnaz Shahidi-Asl, under penalty of perjury, state the following:

I affirm the truth of the factual contents of the foregoing Complaint for

Mandamus and Declaratory Judgment on Adjustment of Status Application, upon

information and belief.

Dated: 5/3/07

Place: San Diego, California

_____
**MAHNAZ SHAHIDI-ASL**

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER** SRC-00-136-51850 | **CASE TYPE** I140 IMMIGRANT PETITION FOR ALIEN WORKER |
| **RECEIPT DATE** April 5, 2000 / **PRIORITY DATE** June 2, 1999 | **PETITIONER** LA DEPT OF HEALTH AND HOSPITALS |
| **NOTICE DATE** May 16, 2000 / **PAGE** 1 of 1 | **BENEFICIARY** A77 887 605 SHAHLA, RAMIN |

ALISON J. BROWN, ESQ.
MAGGIO AND KATTAR PC
11 DUPONT CIRCLE, N.W.
STE 775
WASHINGTON DC 20036

**Notice Type:** Approval Notice
**Section:** Mem of Profession w/Adv Deg,or
of Exceptn'l Ability
Sec.203(b)(2)

The above petition has been approved. The petition indicates that the person for whom you are petitioning in the United States and will apply for adjustment of status. He or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
Customer Service Telephone: (214) 381-1423



# THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER**<br>SRC-02-110-53967 | **CASE TYPE** OS155A<br>IMMIGRANT VISA AND ALIEN REGISTRATION |
| **RECEIPT DATE**<br>February 22, 2002 | **PRIORITY DATE** |
| **APPLICANT** A55 724 495<br>SHAHLA, RAMIN | |
| **NOTICE DATE**<br>February 23, 2002 | **PAGE**<br>1 of 1 |

RAMIN SHAHLA
4409 LAKE TRAIL DR
KENNER LA 70065

**Notice Type:  Welcome Notice**

### WELCOME TO THE UNITED STATES OF AMERICA

It is with great pleasure that we welcome you to permanent resident status in the United States.

Your immigrant visa and new permanent resident status have been registered.  At the top of this notice you will see a very important number.  It is your INS A# (A-number).  This is your permanent resident account and file number.  This permanent account number is very important to you.  You will need it whenever you contact us.

We will soon mail you a new *Permanent Resident Card*.  You should receive it within the next 3 weeks.  You can use it to show your new status.  When you receive your card you must carry it with you at all times if you are 18 or older.  It is the law.

Please call us at **(214) 381-1423** if any of the information about you shown above is incorrect, if you move before you receive your card, or if you don't receive your card within the next 3 weeks.  If you call us, please have your A# and also the receipt number shown above available.  The receipt number is a tracking number for your application.

Please read the notice that comes with your card.  It will have important information about your card, about your status and responsibilities, and about permanent resident services available to you.

Your new card will expire in ten years.  While card expiration will not directly affect your status, you will need to apply to renew your card several months before it expires.  When the time comes and you need filing information, or an application, or if you ever have other questions about permanent resident services available to you, just call our *National Customer Service Center* at **1-800-375-5283** or visit the INS website at **www.ins.usdoj.gov**.  (If you are hearing impaired, the NCSC's TDD number is **1-800-767-1833**.)  The best days to call the NCSC are Tuesday through Friday.

Once again, welcome to the United States and congratulations on your permanent resident status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

---

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
**Customer Service Telephone:** (214) 381-1423



Form I-797C (Rev. 09/07/93)N

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB No. 1115-0053
**Form I-485, Application to Register Permanent Residence or Adjust Status**

## START HERE - Please Type or Print

### Part 1. Information about you.

| FOR INS USE ONLY | |
|---|---|
| Returned | Receipt |

| | | |
|---|---|---|
| Family Name **SHAHIDI-ASL** | Given Name **Mahnaz** | Middle Initial |

Address - C/O

| Street Number and Name **25 Traminer Drive** | Apt. # |
|---|---|

City    **Kenner**

| State   **LA** | Zip Code    **70065** |
|---|---|

| Date of Birth (month/day/year)   **09/01/1963** | Country of Birth   **Iran** |
|---|---|

| Social Security #   **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** | A # (if any)   **N/A** |
|---|---|

| Date of Last Arrival (month/day/year)   **06/29/2004** | I-94 #   **46400479707** |
|---|---|

| Current INS Status   **H-1B** | Expires on (month/day/year)   **08/30/2005** |
|---|---|

**Returned**

**Resubmitted**

**Reloc Sent**

**Reloc Rec'd**

☐ Applicant Interviewed

### Part 2. Application Type.    *(Check one)*

I am applying for adjustment to permanent resident status because

a. ☐ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice-- or a relative, special immigrant juvenile, or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☒ My spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e) [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐ I am the husband, wife, or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☐ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and:    *(Check one)*

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

**Section of Law**
☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 1 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other _____

**Country Chargeable**

**Eligibility Under Sec. 245**
☐ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other _____

**Preference**

**Action Block**

| To Be Completed by Attorney or Representative, if any |
|---|
| ☒ Fill in box if G-28 is attached to represent the applicant |
| VOLAG# |
| ATTY State License #    **Maryland** |

*Continued on back.*

Form I-485 (Rev. 02/07/00)N Page 1

## Part 3. Processing Information

| | |
|---|---|
| **A.** City/Town/Village of Birth **Tehran** | Current occupation **Physician** |
| Your mother's first name **Ravieh** | Your father's first name **Hossein** |

Give your name exactly how it appears on your Arrival/Departure Record (Form I-94)

**Mahnaz Shahidi-Asl**

| | |
|---|---|
| Place of last entry into the U.S. (City/State)  **Houston, TX** | In what status did you last enter? *(Visitor, Student, exchange alien, crewman, temporary worker, without inspection, etc.)*  **H-1B** |
| Were you inspected by a U.S. Immigration Officer?  ☒ Yes ☐ No | |
| Nonimmigrant Visa Number **64514626** | Consulate where Visa was issued **Halifax, Canada** |
| Date Visa was issued (month/day/year) **06/23/2004** | Sex ☐ Male ☒ Female | Marital Status ☒ Married ☐ Single ☐ Divorced ☐ Widowed |

Have you ever before applied for permanent resident status in the U.S.?  ☒ No ☐ Yes If you checked "Yes," give date and place of filing and final disposition.

**B.** List your present husband/wife, all of your sons and daughters (if you have none, write "none". If additional space is needed, use separate paper.)

| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
|---|---|---|---|
| **Shahla** | **Ramin** | | **08/14/1962** |
| Country of Birth **Iran** | Relationship **Husband** | A # **055-724-495** | Applying with you? ☐ Yes ☒ No |
| **Shahla** | **Elnaz** | | **01/22/1993** |
| Country of Birth **Norway** | Relationship **Daughter** | A # **095-242-775** | Applying with you? ☒ Yes ☐ No |
| **Shahla** | **Alexander** | | **04/02/2004** |
| Country of Birth **U.S.A.** | Relationship **Son** | A # **N/A** | Applying with you? ☐ Yes ☒ No |
| | | | |
| Country of Birth | Relationship | A # | Applying with you? ☐ Yes ☐ No |
| | | | |
| Country of Birth | Relationship | A # | Applying with you? ☐ Yes ☐ No |

**C.** List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none". Include the name(s) of organization(s), location(s), dates of membership from and to, and the nature of the organization(s). If additional space is needed, use a separate piece of paper.

| | |
|---|---|
| American Association of Blood Banks | 05/01/2004 - Present |
| American Society of Clinical Pathologist | 08/2000 - Present |
| American College of American Pathologist | 07/1999 - Present |

## Part 3. Processing Information    *(Continued)*

Please answer the following questions. (If your answer is "Yes" on any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily mean that you are not entitled to register for permanent residence or adjust status).

1. Have you ever, in or outside the U.S.:
   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested? ☐ Yes ☒ No
   b. been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations? ☐ Yes ☒ No
   c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action? ☐ Yes ☒ No
   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U.S.? ☐ Yes ☒ No

2. Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city, or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future? ☐ Yes ☒ No

3. Have you ever:
   a. within the past 10 years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future? ☐ Yes ☒ No
   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling? ☐ Yes ☒ No
   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally? ☐ Yes ☒ No
   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance? ☐ Yes ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking, or any other form of terrorist activity? ☐ Yes ☒ No

5. Do you intend to engage in the U.S. in:
   a. espionage? ☐ Yes ☒ No
   b. any activity a purpose of which is opposition to, or the control or overthrow of, the Government of the United States, by force, violence or other unlawful means? ☐ Yes ☒ No
   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information? ☐ Yes ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party? ☐ Yes ☒ No

7. Did you, during the period March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion? ☐ Yes ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin, or political opinion? ☐ Yes ☒ No

9. Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings? ☐ Yes ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S., or any other immigration benefit? ☐ Yes ☒ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not yet complied with that requirement or obtained a waiver? ☐ Yes ☒ No

13. Are you now withholding custody of a U.S. Citizen child outside the U.S. from a person granted custody of the child? ☐ Yes ☒ No

14. Do you plan to practice polygamy in the U.S.? ☐ Yes ☒ No

**Part 4.  Signature.** *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records which the INS needs to determine eligibility for the benefit I am seeking.

**Selective Service Registration.**  The following applies to you if you are a man at least 18 years old,  but not yet 26 years old,  who is required to register with the Selective Service System:      I understand that my filing this adjustment of status application with the Immigration and Naturalization Service authorizes the INS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon INS acceptance of my application, I authorize INS to transmit to the Selective Service System my name, current address, Social Security number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, the INS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| *Rahner Shahidi* | **Mahnaz Shahidi-Asl** | Aug 28/04 | (504) 236-1525 |

**Please Note:** *If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

**Part 5.  Signature of person preparing form if other than above.**     *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| | **Alison J. Brown** | 8·30·04 | 202-483-0053 |

| Firm Name and Address | **Maggio & Kattar**  11 Dupont Circle, NW, Suite 775, Washington, DC 20036 |
|---|---|

Form I-485 (Rev. 02/07/00)N Page 4

Department of Homeland Secu
U.S. Citizenship and Immigration &

**I-797, Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE 1485 APPLICATION TO ADJUST TO PERMANENT |
|---|---|
| SRC-04-234-51680 | RESIDENT STATUS |

| RECEIVED DATE | PRIORITY DATE | APPLICANT A97 634 145 |
|---|---|---|
| August 31, 2004 | | SHAHIDI ASL, MAHNAZ |

| NOTICE DATE | PAGE |
|---|---|
| September 2, 2004 | 1 of 1 |

ALISON J. BROWN
MAGGIO & KATTAR
11 DUPONT CIR NW STE 775
WASHINGTON DC 20036

Notice Type: Receipt Notice

Amount received: $ 385.00

Section: Derivative adjustment

Receipt notice - If any of the above information is incorrect, call customer service immediately.

Processing time - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you.
- If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

Notice to all customers with a pending I-130 petition - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

COPY

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
Customer Service Telephone: (800) 375-5283





THE UNITED STATES OF AMERICA

| **Fingerprint Notification** | | | NOTICE DATE<br>02/04/2005 |
|---|---|---|---|
| CASE TYPE<br>I485  Application to Register Permanent Resident or Adjust Status | | SOCIAL SECURITY NUMBER | USCIS A#<br>A097634145 |
| APPLICATION NUMBER<br>SRC0423451680 | CODE<br>1 | SERVICE CENTER<br>TSC | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

MAHNAZ SHAHIDI ASL
c/o ALISON  J  BROWN
MAGGIO & KATTAR PC
11 DUPONT CIR NW STE 775
WASHINGTON, DC 20036-



To process your application, the U. S. Citizenship & Immigration Services (USCIS) must take your fingerprints and have them cleared
by the FBI.  **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE APPOINTED DATE AND TIME
TO HAVE YOUR FINGERPRINTS TAKEN.**  If you are unable to appear at this time, you may go on any **following** Wednesday
at the same time noted below, as long as you appear before  05/02/2005  .  If you do not have your fingerprints taken by that date,
your application will be considered abandoned.

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS NEW ORLEANS<br>701 LOYOLA AVENUE<br>ROOM T-8011<br>NEW ORLEANS, LA 70113 | 03/25/2005<br>1:00 PM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.**  Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport,
driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, you may not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint
worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will
interfere with fingerprinting.*

If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICANT COPY

| APPLICATION NUMBER<br>SRC0423451680 |  |
|---|---|

Citizenship and Immigration Servi

**I-797C, Notice of Action**

## ☆☆☆ THE UNITED STATES OF AMERICA ☆☆☆

### SC Appointment Notice

| | APPLICATION NUMBER | | | NOTICE DATE |
|---|---|---|---|---|
| | SRCO423451680 | | | 4/17/2006 |
| Application to Register Permanent Resident or Adjust Status | SOCIAL SECURITY NUMBER | | | CODE |
| | | USCIS A# | | 3 |
| | TCR | A097634145 | | PAGE |
| | | SERVICE CENTER | | 1 of 1 |
| | | TSC | | |

MAHNAZ SHAHIDI ASL
3301 METAIRIE HTS
METAIRIE, LA 70001



... ... your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.

... APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.
... FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.

| ...ICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| ... NEW ORLEANS | 05/08/2006 |
| ... Mall Suite 35 | 12:00 PM |
| ...ments Memorial Blvd | |
| ... LA 70006 | |

... YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:
... APPOINTMENT NOTICE and
... O IDENTIFICATION.  Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport,
... se, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, your biometrics may not be taken.

### REQUEST FOR RESCHEDULING

... unable to appear at this time, you may go on any FOLLOWING Wednesday at the same time noted above, as long as you appear before
... . If you do not have your biometrics taken by that date, your application will be considered abandoned.

LIFE ACT PROCESSING STAMP
...ATION NUMBER 1
ASC SITE CODE: WL
... SRCO423451680
BIOMETRICS QA REVIEW
ON 5/8/06
TENPRINTS QA REVIEW BY
ON 5/8/06

... have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

... ed seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics
... should accompany you.

... open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will
... th taking your biometrics.

Form I-797C (Rev. 01/31/05) N



**MAGGIO KATTAR**

| Immigration | 11 Dupont Circle, NW | 202.483.0053 tel |
| and | Suite 775 | 202.483.6801 fax |
| Nationality Attorneys | Washington, DC 20036 | www.maggio-kattar.com |

Our File No.:  04-515

*Via Certified Mail # 70042890000281400265*

June 15, 2006

US Citizenship and Immigration Services
Texas Service Center
4141 N. St. Augustine Rd.
Dallas, TX 75227

**RE:**    **Mahnaz SHAHIDI-ASL (A97 634 145;  DOB 09/01/1963)**
          Following to Join Employment-Based Adjustment of Status Applicant (SRC0423451680)
          **Follow up on Security Clearance – Case Vastly Outside Processing Dates**

Dear Sir or Madam:

We write to follow up on Mahnaz Shahidi-Asl's adjustment of status application, which was filed on **August 31, 2004.**

Our office contacted the National Customer Service Center (NCSC) on February 23, 2006 and June 6, 2006.

On both of these occasions, we were advised by the NCSC that Dr. Shahidi-Asl's case is on hold due to pending security checks.

**As this adjustment of status case has been pending since August 31, 2004, and the Texas Service Center is currently processing adjustment of status cases filed on or before December 5, 2005, this case is vastly outside of normal processing times.**

We would greatly appreciate receiving a prompt response as this application was filed <u>FIFTEEN (15) MONTHS</u> prior to your current processing date, and this extraordinary delay in completing security checks is unacceptable.

With regard to this matter, enclosed please find copies of our Form G28, the above-referenced I-485 receipt notice, and a print-out from your website confirming current processing dates.

Thank you for your kind attention to this matter.

Sincerely,

**MAGGIO & KATTAR**

Alison J. Brown

Enclosure:  As stated.
cc:  Mahnaz Shahidi-Asl

| Michael Maggio | Andrés C. Benach* | Sandra Grossman* | *Not admitted in |
| Alison J. Brown* | Maxine Bayley | John Nahajzer | Washington, DC |
| Elizabeth A. Quinn* | Melissa Frisk* | Amy R. Novick | |
| James Alexander* | Cora Tekach | | |



**MAGGIO KATTAR**

| Immigration | 11 Dupont Circle, NW | 202.483.0053 tel |
| and | Suite 775 | 202.483.6801 fax |
| Nationality Attorneys | Washington, DC 20036 | www.maggio-kattar.com |

Our File No.: 04-515

*Via Certified Mail # 70052570000134843026*

October 16, 2006

US Citizenship and Immigration Services
Texas Service Center
4141 N. St. Augustine Rd.
Dallas, TX 75227

**RE:    Mahnaz SHAHIDI-ASL (A97 634 145;  DOB 09/01/1963)**
     Following to Join Employment-Based Adjustment of Status Applicant (SRC0423451680)
     **Follow up on Security Clearance – Case Vastly Outside Processing Dates**

Dear Sir or Madam:

We write to follow up on Mahnaz Shahidi-Asl's adjustment of status application, which was filed on **August 31, 2004.**

Our office contacted the National Customer Service Center (NCSC) on February 23, 2006, June 6, 2006, and September 25, 2006.

On both of these occasions, we were advised by the NCSC that Dr. Shahidi-Asl's case is on hold due to pending security checks.

**As this adjustment of status case has been pending since August 31, 2004, and the Texas Service Center is currently processing adjustment of status cases filed on or before *April 11, 2006*, this case is vastly outside of normal processing times.**

We would greatly appreciate receiving a prompt response as this application was filed TWENTY (20) MONTHS prior to your current processing date, and this extraordinary delay in completing security checks is unacceptable.

With regard to this matter, enclosed please find copies of our Form G28, the above-referenced I-485 receipt notice, and a print-out from your website confirming current processing dates.

Thank you for your kind attention to this matter.

Sincerely,

**MAGGIO & KATTAR**

Andres Benach

Enclosure: As stated.
cc: Mahnaz Shahidi-Asl

| Michael Maggio | Andrés C. Benach* | Sandra Grossman* | *Not admitted in |
| Alison J. Brown*₀ | Maxine Bayley | John Nahajzer | Washington, DC |
| Elizabeth A. Quinn* | Melissa Frisk* | Amy R. Novick |
| James Alexander* | Cora Tekach |

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Mahnaz SHAHIDI-ASL | Emilio T. GONZALEZ, Michael CHERTOFF, Robert S. MUELLER, Evelyn UPCHURCH |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____ (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____ (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
|---|---|

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Thomas K. Ragland; Nadeen Aljijakli MAGGIO & KATTAR 11 Dupont Circle NW, Suite 775 Washington, DC 20036 (202) 483-0053 | Jeffrey Taylor U.S. Attorney for the District of Columbia 555 4th Street NW Washington, DC 20530 |

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff

○ 3 Federal Question (U.S. Government Not a Party)

◉ 2 U.S. Government Defendant

○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust

☐ 410 Antitrust

### ○ B. Personal Injury/ Malpractice

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ◉ E. General Civil (Other) OR ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ **G. Habeas Corpus/ 2255** | ○ **H. Employment Discrimination** | ○ **I. FOIA/PRIVACY ACT** | ○ **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ **K. Labor/ERISA (non-employment)** | ○ **L. Other Civil Rights (non-employment)** | ○ **M. Contract** | ○ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

○ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**
28 USC §1361; 5 USC §555(b) and §702 Complaint for a Writ of Mandamus

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   DEMAND $ [_____]   Check YES only if demanded in complaint
JURY DEMAND:   YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE  5/14/07        SIGNATURE OF ATTORNEY OF RECORD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.