AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Mahnaz SHAHIDI-ASL

**SUMMONS IN A CIVIL CASE**

V.

Emilio T. GONZALEZ,
Michael CHERTOFF,
Robert S. MUELLER,
Evelyn UPCHURCH

Case: 1:07-cv-00902
Assigned To : Collyer, Rosemary M.
Assign. Date : 5/14/2007
Description: General Civil

CASE

TO: (Name and address of Defendant)

Emilio T. Gonzalez
Director
U.S. Citizenship and Immigration Services
20 Massachusetts Avenue, N.W.
Washington, DC 20529

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas K. Ragland
~~[redacted]~~
MAGGIO & KATTAR
11 Dupont Circle NW, Suite 775
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                MAY 14 2007
CLERK                                   DATE

/s/ Maureen Higgins
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE **5/18/2007** |
| NAME OF SERVER (PRINT) Thomas K. Ragland | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): **via U.S. mail, certified, postage pre-paid**

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/18/07
                Date

Signature of Server
MAGGIO & KATTAR
11 Dupont Circle NW Suite 775
Washington, DC 20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )    C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Emilio T. Gonzalez<br>Director<br>U.S. Citizenship and Immigration Services<br>20 Massachusetts Avenue, N.W.<br>Washington, DC 20529 | Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 2570 0001 3483 4092 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 2570 0001 3483 4092**
Status: **Delivered**

Your item was delivered at 10:01 AM on May 18, 2007 in WASHINGTON, DC 20529.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

 POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

