## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHNAZ SHAHIDI-ASL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number:  1:07CV00902 (RMC) |
| | ) |
| EMILIO T. GONZALEZ, Director, United States | ) |
| Citizen and Immigration Services,  et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Emilio T. Gonzalez, et al.,
through undersigned counsel, hereby request that the Court grant Defendants a 14-day
enlargement of time to answer Plaintiff's Complaint, making Defendants' Answer due August 3,
2007.   The Civil Process Clerk for the United States Attorney's Office received a copy of the
summons and complaint May 21, 2007, making Defendants' answer currently due July 20, 2007.
Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants
contacted counsel for Plaintiff in an effort to obtain Plaintiff's position on this motion, and
Plaintiff consents to the enlargement.

In support of this motion, Defendants state as follows:

This is an immigration case, arising out of a Form I-485 petition for adjustment of status
filed by Plaintiff, a citizen of Iran.  Plaintiff filed a mandamus complaint on May 14, 2007, asking
the Court to compel Defendants to complete adjudication of Plaintiff's I-485 petition.

Defendants wish to answer Plaintiff's Complaint expeditiously.  However, to prepare an answer, or otherwise respond to Plaintiff's complaint, the undersigned must consult with the Department of Homeland Security and the Federal Bureau of Investigations concerning Plaintiff's factual allegations and the facts that support any defense Defendants may raise.  Counsel for Defendants needs additional time to complete that factual investigation and to prepare Defendants' responsive pleading.

Defendants have not previously requested that this Court enlarge the time for filing any pleading.  There are no pending deadlines or court dates that this request for enlargement would affect.  Granting Defendants an additional 14 days to answer Plaintiff's Complaint should cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants' Motion for Extension of Time to File Answer.

Dated: July 17, 2007

Respectfully submitted,


  /s/ Jeffrey A. Taylor, by MJ
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


  /s/ Rudolph Contreras , by MJ
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


  /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198; Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 17th day of July, 2007, I caused the foregoing Motion for

Extension of Time to be filed and served via the Court's Electronic Case Filing system or, should

I receive notice from the ECF system that electronic service was unsuccessful, to be served upon

plaintiff by first-class mail, postage prepaid, addressed as follows:

Thomas K. Ragland
Andres Benach
MAGGIO & KATTAR
11 Dupont Circle NW, Suite 775
Washington, DC 20036

                                     /s/  *Robin M. Meriweather*
                                  ROBIN M. MERIWEATHER, D.C. Bar # 490114

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                        )
MAHNAZ SHAHIDI-ASL,                     )
                                        )
                 Plaintiff,             )
                                        )
         v.                             )     Case Number:  1:07CV00902(RMC)
                                        )
EMILIO T. GONZALEZ, Director, United States )
Citizen and Immigration Services,  et al., )
                                        )
                 Defendants.            )
                                        )
_____ )

## ORDER

Upon consideration of Defendants' Motion for Extension of Time to File Answer, it is this

_____ day of _____, 2007,

ORDERED that Defendants' Motion for Extension of Time to File Answer be and is

hereby GRANTED.

It is further ORDERED that Defendants must submit an Answer or otherwise respond to

Plaintiff's Complaint by August 3, 2007.

SO ORDERED.

_____
United States District Judge