UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MAHNAZ SHAHIDI-ASL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 1:07CV00902 (RMC) |
| ) | |
| EMILIO T. GONZALEZ, Director, United States ) | |
| Citizen and Immigration Services, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Emilio T. Gonzalez, et al., through undersigned counsel, hereby request that the Court grant Defendants a 21-day enlargement of time to file an answer or otherwise respond to Plaintiff's Complaint, making Defendants' answer or response due August 24, 2007. Defendants' answer or response currently is due August 3, 2007. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiff in an effort to obtain Plaintiff's position on this motion. Plaintiff opposes the request for a 21-day enlargement, but counsel for Plaintiff indicated that Plaintiff would consent to a 14-day enlargement.

In support of this motion, Defendants state as follows:

This is an immigration case, arising out of a Form I-485 petition for adjustment of status filed by Plaintiff, a citizen of Iran. Plaintiff filed a mandamus complaint on May 14, 2007, asking the Court to compel Defendants to complete adjudication of Plaintiff's I-485 petition.

Defendants anticipate that they will be able to resolve this case administratively within the next few weeks. Accordingly, Defendants respectfully request a 21-day enlargement of time, to allow Defendants to continue to pursue an administrative solution to this dispute, thereby avoiding potentially unnecessary litigation.

Defendants have previously requested one 14-day enlargement of the deadline for responding to the Complaint, which this Court granted. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendants an additional 21 days to answer Plaintiff's Complaint should cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants' Motion for Extension of Time to File Answer.

Dated: August 2, 2007

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198; Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August, 2007, I caused the foregoing Motion for Extension of Time to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Thomas K. Ragland
Andres Benach
MAGGIO & KATTAR
11 Dupont Circle NW, Suite 775
Washington, DC 20036

                                              /s/ *Robin M. Meriweather*
                                      ROBIN M. MERIWEATHER, D.C. Bar # 490114

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                      )
MAHNAZ SHAHIDI-ASL,                   )
                                      )
            Plaintiff,                )
                                      )
      v.                              )  Case Number:  1:07CV00902(RMC)
                                      )
EMILIO T. GONZALEZ, Director, United States )
Citizen and Immigration Services,  et al.,  )
                                      )
            Defendants.               )
                                      )
_____)

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File Answer, it is this

_____ day of _____, 2007,

ORDERED that Defendants' Motion for Extension of Time to File Answer be and is hereby GRANTED.

It is further ORDERED that Defendants must submit an Answer or otherwise respond to Plaintiff's Complaint by August 24, 2007.

SO ORDERED.

_____
United States District Judge