UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHNAZ SHAHIDI-ASL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EMILIO T. GONZALEZ, Director, United States )<br>Citizen and Immigration Services, <u>et al.</u>, )<br>)<br>Defendants. )<br>) | Case Number:  1:07CV00902 (RMC) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, through their respective counsel, hereby agree that the above-captioned case be voluntarily dismissed without prejudice, each side to bear its own costs and fees.

                                         Respectfully submitted,

/s/ Michael Maggio                                          /s/ Jeffrey Taylor

MICHAEL MAGGIO                                      JEFFREY A. TAYLOR, D.C. BAR # 498610
ANDRES BENACH                                         United States Attorney
THOMAS RAGLAND
MAGGIO & KATTAR                                            /s/ Rudolph Contreras
11 Dupont Circle, NW Suite 775                    RUDOLPH CONTRERAS, D.C. BAR # 434122
Washington, DC  20036                                 Assistant United States Attorney.
Phone: (202) 483-0053
Fax: (202) 483-6801                                              /s/ Robin M. Meriweather
                                                                          ROBIN M. MERIWEATHER, D.C. Bar # 490114
*Counsel for Plaintiff*                                    Assistant United States Attorney
                                                                          555 Fourth Street, N.W.
                                                                          Washington, D.C. 20530
                                                                          Phone: (202) 514-7198; Fax (202) 514-8780
                                                                          Robin.Meriweather2@usdoj.gov

                                                                *Counsel for Defendants*

Dated: August 13, 2007